

# Fourth Court of Appeals
## San Antonio, Texas

February 2, 2023

No. 04-22-00391-CR

Juan Antonio **RIVERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR11753
Honorable Ron Rangel, Judge Presiding

# O R D E R

After appellant's new counsel was appointed, appellant's brief was due December 7, 2022; however, neither the brief nor a motion for extension of time was filed. On December 8, 2022, the clerk of this court notified appellant's counsel, Karl A. Basile, of the deficiency. The letter required a response by December 19, 2022. *See* TEX. R. APP. P. 38.8(b)(2). We did not receive a response from counsel and the brief was not filed. Thereafter, on January 6, 2023, we ordered appellant's counsel to file the brief by January 17, 2023. Counsel has not filed either a brief or a motion for extension of time.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we **abate** this case to the trial court and **order** the trial court to conduct a hearing to answer the following questions:

1.  Does appellant desire to prosecute his appeal?

2.  Is appellant indigent?

    a.  If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

    b.  If the trial court finds that appellant is not indigent, the trial court should determine whether appellant has made the necessary arrangements for filing a brief.

3. Has appointed or retained counsel abandoned the appeal? Because initiating contempt proceedings against appellant's counsel may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing. *See* Tex. R. App. P. 38.8 (b)(4).

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

We **order** the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than **March 6, 2023**. We **order** the trial court clerk to file a supplemental clerk's record in this court no later than **March 14, 2023.** We further **order** the court reporter to file in this court a supplemental reporter's record of the hearing, along with copies of any documentary evidence admitted, **no later than twenty days after the date of the hearing**.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of February, 2023.

MICHAEL A. CRUZ, Clerk of Court